## First District.

Nathan Sampson, appellee, v. Alfred Bodo Schweinsberg and Louise Schweinsberg, appellants. Gen. No. 32,836.

Opinion filed February 27, 1929.
Rentner & Meyer, for appellants; Otto C. Rentner, of counsel. Daniel A. Uretz, for appellee; Joseph H. Platt, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Max Stuhlfaut, appellee, v. James W. Owens, appellant. Gen. No. 32,848.

Opinion filed February 27, 1929.
George D. Anthony, for appellant. Nicholson, Crandall & Snyder, for appellee; Russell Greenacre, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Robert J. Green appellee, v. Frank Di Cristofaro, appellant. Gen. No. 32,857.

Opinion filed February 27, 1929. Rehearing denied March 19, 1929.
Alex H. Rosenbaum, for appellant. Levisohn & Levisohn, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.